# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE:** | : | **CASE NO. 15-10683-TPA** |
|  | : |  |
| **Michael David Moore and** | : | **CHAPTER 13** |
| **Jennifer Lynn Moore,** | : |  |
| **Debtors.** | : |  |
|  | : |  |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**May 1, 2015 – Husband**

**May 15, 2015**

**May 29, 2015**

**June 12, 2015**

**April 30, 2015 – Wife**

**May 15, 2015**

**May 29, 2015**

**June 15, 2015**

**Next Payment Advice Expected (post-filing):**

**June 26, 2015 – Husband**

**June 30, 2015 – Wife**

C.H. MOORE, MICHAEL DAVID & JENNIFER LYNN



**CITY OF FRANKLIN**
430 THIRTEENTH STREET
FRANKLIN, PENNSYLVANIA 16323

PAYROLL ACCOUNT
FIRST NATIONAL BANK OF PENNSYLVANIA
FRANKLIN, PA

CHECK NO

CHECK DATE    05/01/15

CHECK AMOUNT    $0.00

40403
50-1009
433

THIS IS NOT A CHECK.   DIRECT DEPOSIT ADVICE ONLY

********** NO DOLLARS AND NO CENTS

PAY

TO THE ORDER

MICHAEL D. MOORE
213 PACIFIC STREET
FRANKLIN, PA 16323
7

⑆040403⑈ ⑆043318092⑈ 48⑈5809⑈7⑈

---

CITY OF FRANKLIN  MICHAEL D. MOORE    4949    05/01/15

| EARNINGS | | | | DEDUCTIONS | |
|---|---|---|---|---|---|
| 19.3800 | 56.00 | 1,085.28 | | FICA | 93.72 |
| 19.3800 | 24.00 | 465.12 | | MEDICARE | 21.92 |
| | | | | FEDERAL W/H | 200.79 |
| | | | | STATE | 46.41 |
| | | | | CITY OF FRAN | 26.45 |
| | | | | NON-UNIFORM | 77.52 |
| | | | | HEALTH IBEW | 38.81 |
| | | | | UNEMP W/H | 1.00 |
| | | | | O.P. TAX | 2.00 |
| | | | | CHRISTMAS CL | 80.00 |
| | | | | DIRECT DEP | |
| | | | | FRANKLIN OIL | 961.69 |

| | REGULAR | |
|---|---|---|
| | EARNINGS | YTD |
| | FIT GROSS | 14,275.38 |
| | FICA | 13,926.09 |
| | MEDICARE | 863.42 |
| | FEDERAL W/H | 201.95 |
| | STATE | 1,884.84 |
| | CITY OF FRA | 427.86 |
| | NON-UNIFORM | 243.69 |
| | HEALTH IBEW | 697.68 |
| | O.P. TAX | 349.29 |
| | CHRISTMAS C | 18.00 |
| | CHRISTMAS DEP | 720.00 |
| | IBEW UNION | 8,674.65 |
| | | 184.28 |

0040403

| | CURRENT | REMAIN |
|---|---|---|
| VACA (H) | -24.00 | 72.00 |
| SICK (H) | 0.00 | 292.00 |
| PENS (H) | 0.00 | 8.00 |
| COMP(H) | 0.00 | 1.90 |

---

CITY OF FRANKLIN    MICHAEL D. MOORE

| EARNINGS | | |
|---|---|---|
| 19.3800 | 56.00 | 1,085.28 |
| 19.3800 | 24.00 | 465.12 |

| DEDUCTIONS | |
|---|---|
| FICA | 93.72 |
| MEDICARE | 21.92 |
| FEDERAL W/H | 200.79 |
| STATE | 46.41 |
| CITY OF FRAN | 26.45 |
| NON-UNIFORM | 77.52 |
| HEALTH IBEW | 38.81 |
| UNEMP W/H | 1.00 |
| O.P. TAX | 2.00 |
| CHRISTMAS CL | 80.00 |
| DIRECT DEP | 961.69 |
| FRANKLIN OIL | |

TOTAL PAY        1,550.40
DEDUCTIONS         588.71
NET PAY            961.69

TAXABLE GROSS    1,511.59



THIS DOCUMENT HAS INVISIBLE FLUORESCENT FIBERS - VIEW UNDER BLACK LIGHT

**CITY OF FRANKLIN**
430 THIRTEENTH STREET
FRANKLIN, PENNSYLVANIA 16323

PAYROLL ACCOUNT
FIRST NATIONAL BANK OF PENNSYLVANIA
FRANKLIN, PA

CHECK NO.

40509

60-1609
433

CHECK DATE        CHECK AMOUNT
05/15/15          $0.00

THIS IS NOT A CHECK.   DIRECT DEPOSIT ADVICE ONLY

*********** NO DOLLARS AND NO CENTS

PAY

TO THE
ORDER        MICHAEL D. MOORE            7
             213 PACIFIC STREET
             FRANKLIN, PA  16323

VOID AFTER 60 DAYS

⑆040509⑆ ⑈041318092⑈ ⑈8⑈680⑈7⑈

MICRO-PRINT SIGNATURE LINE (MAGNIFY TO VIEW)

---

⑆040509⑆ ⑈041318092⑈ ⑈8⑈680⑈7⑈

CITY OF FRANKLIN   MICHAEL D. MOORE   4949   05/15/15

EARNINGS   1,550.40
19.3800    80.00

| DEDUCTIONS | |
|---|---|
| FICA | 93.72 |
| MEDICARE | 21.92 |
| FEDERAL W/H | 200.79 |
| STATE | 46.41 |
| CITY OF FRAN | 26.45 |
| NON-UNIFORM | 77.52 |
| HEALTH IBEW | 38.81 |
| UNEMP W/H | 3.09 |
| IBEW UNION | 46.07 |
| O.P.TAX | 2.00 |
| CHRISTMAS CL | 80.00 |
| DIRECT DEP | 915.62 |
| FRANKLIN OIL | |

| | REGULAR |
|---|---|
| | YTD |
| EARNINGS | 15,825.78 |
| FIT GROSS | 15,437.68 |
| FICA | 957.14 |
| MEDICARE | 223.87 |
| FEDERAL W/H | 2,085.63 |
| STATE | 473.97 |
| CITY OF FRA | 270.14 |
| NON-UNIFORM | 775.20 |
| HEALTH IBEW | 388.10 |
| IBEW UNION | 230.35 |
| O.P.TAX | 20.00 |
| CHRISTMAS C | 800.00 |
| DIRECT DEP | 9,590.27 |

0040509

| | CURRENT | REMAIN |
|---|---|---|
| VACA (H) | 0.00 | 72.00 |
| SICK (H) | 0.00 | 298.00 |
| PERS (H) | 0.00 | |
| COMP (H) | 0.00 | 1.50 |

TOTAL PAY      1,550.40
DEDUCTIONS       634.78
NET PAY          915.62

TAXABLE GROSS  1,511.59



THIS DOCUMENT HAS INVISIBLE FLUORESCENT FIBERS - VIEW UNDER BLACK LIGHT

**CITY OF FRANKLIN**
490 THIRTEENTH STREET
FRANKLIN, PENNSYLVANIA 16323

PAYROLL ACCOUNT
FIRST NATIONAL BANK OF PENNSYLVANIA
FRANKLIN, PA

CHECK NO

40613

50-1609
333

| CHECK DATE | CHECK AMOUNT |
|---|---|
| 05/29/15 | $0.00 |

THIS IS NOT A CHECK.   DIRECT DEPOSIT ADVICE ONLY

********** NO DOLLARS AND NO CENTS

PAY

TO THE ORDER

MICHAEL D. MOORE          7
213 PACIFIC STREET
FRANKLIN, PA 16323

VOID AFTER 90 DAYS

MICRO-PRINT SIGNATURE LINE (MAGNIFY TO VIEW)

⑈'040613⑈' ⑈'043368092⑈' 48⑈'6809 9⑈'7⑈'

CITY OF FRANKLIN MICHAEL D. MOORE          4949     05/29/15

| | EARNINGS | | | DEDUCTIONS | | REGULAR YTD |
|---|---|---|---|---|---|---|
| 19.3800 | 70.50 | 1,366.29 | | FICA | 96.12 | 0040613 |
| 19.3800 | 1.50 | 29.07 | | MEDICARE | 22.48 | EARNINGS 17,376.18 |
| 19.3800 | 8.00 | 155.04 | | FEDERAL W/H | 208.75 | FIT GROSS 16,988.18 |
| | | | | STATE | 47.60 | FICA 1,053.26 |
| | | | | CITY OF FRAN | 27.13 | MEDICARE 1,246.35 |
| | | | | NON-UNIFORM | 77.52 | FEDERAL W/H 2,294.38 |
| | | | | UNEMP W/H | 1.09 | STATE 521.77 |
| | | | | O.P. TAX | 80.00 | CITY OF FRA 297.27 |
| | | | | CHRISTMAS CL | | NON-UNIFORM 852.72 |
| | | | | DIRECT DEP | 987.71 | O.P. TAX 880.00 |
| | | | | FRANKLIN OIL | | CHRISTMAS C 22.00 |
| | | | | | | DIRECT DEP 10,577.98 |
| | | | | | | HEALTH IBEW 388.10 |
| | | | | | | IBEW UNION 230.35 |

| | CURRENT | REMAIN |
|---|---|---|
| VACA (H) | 0.00 | 72.00 |
| SICK (H) | 0.00 | 292.00 |
| PERS (H) | 0.00 | 0.00 |
| COMP (H) | -1.50 | 0.00 |

| TOTAL PAY | 1,550.40 |
|---|---|
| DEDUCTIONS | 1,562.69 |
| NET PAY | 987.71 |

TAXABLE GROSS     1,550.40

#700012

**CITY OF FRANKLIN**

430 THIRTEENTH STREET
FRANKLIN, PENNSYLVANIA 16323

PAYROLL ACCOUNT

FIRST NATIONAL BANK OF PENNSYLVANIA
FRANKLIN, PA

CHECK NO.

40707

60-1809
433

THIS IS NOT A CHECK.   DIRECT DEPOSIT ADVICE ONLY

| CHECK DATE | CHECK AMOUNT |
| --- | --- |
| 06/12/15 | $0.00 |

********** NO DOLLARS AND NO CENTS

PAY

TO THE ORDER

7
MICHAEL D. MOORE
213 PACIFIC STREET
FRANKLIN, PA  16323

*Cheryl A. Carson*

VOID AFTER 60 DAYS

MICRO-PRINT SIGNATURE LINE (MAGNIFY TO VIEW)

⑈040707⑈ ⑈043318092⑈ 48⑈6809⑈7⑈

CITY OF FRANKLIN  222 MICHAEL D. MOORE       4949  06/12/15   REGULAR        0040707

| EARNINGS | | | DEDUCTIONS | | | YTD | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 19.3800 | 80.00 | 1,550.40 | FICA | 93.72 | EARNINGS | 18,926.58 | |
| | | | MEDICARE | 21.92 | FIT GROSS | 18,499.67 | |
| | | | FEDERAL W/H | 200.79 | FICA | 1,146.98 | |
| | | | STATE | 46.41 | MEDICARE | 268.27 | |
| | | | CITY OF FRAN | 26.45 | FEDERAL W/H | 2,495.17 | |
| | | | NON-UNIFORM | | STATE | 567.98 | |
| | | | HEALTH IBEW | 77.52 | CITY OF FRA | 323.72 | |
| | | | UNEMP W/H | 38.81 | NON-UNIFORM | 930.24 | |
| | | | O.P. TAX | 1.09 | HEALTH IBEW | 426.91 | |
| | | | CHRISTMAS CL | 2.00 | O.P. TAX | 24.00 | |
| | | | DIRECT DEP | 80.00 | CHRISTMAS C | 960.00 | |
| | | | PSECU | 961.69 | DIRECT DEP | 11,539.67 | |
| | | | | | IBEW UNION | 230.35 | |

| | | CURRENT | REMAIN |
| --- | --- | --- | --- |
| TOTAL PAY | 1,550.40 | | |
| DEDUCTIONS | 588.71 | | |
| NET PAY | 961.69 | | |
| TAXABLE GROSS | 1,511.59 | | |
| VACA(H) | | 0.00 | 72.00 |
| SICK(H) | | 0.00 | 292.00 |
| PERS(H) | | 0.00 | 8.00 |
| COMP(H) | | 0.00 | 0.00 |

| **PAY PERIOD** | 03/23/2015  -  04/5/2015 | | Pay Date: | 04/30/2015 |
|---|---|---|---|---|
| | | | Total Hours: | 80.00 |

**EMPLOYER**
Letterle & Associates, Inc.
2859 Oxford Blvd, Suite 110
Allison Park, PA 15101

**EMPLOYEE**
Jennifer L Moore
Jennifer L Moore
213 Pacific Street
Franklin, PA 16323

**NET PAY:**
CHECKING# ....0429

$755.83
$755.83

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Sick | 11.00 | 37.00 |
| Vacation | 24.00 | 104.00 |

**MEMO:**

Direct Deposit

| **PAY** | **Hours** | **Rate** | **Current** | **YTD** |
|---|---|---|---|---|
| Vacation Pay | 8.00 | $14.86 | $118.88 | $832.16 |
| Holiday Pay | 8.00 | $14.86 | $118.88 | $475.52 |
| Hourly | | | $0.00 | $906.46 |
| Admin wages | 64.00 | $14.86 | $951.04 | $7,608.32 |
| Sick Pay | | | $0.00 | $282.34 |

| **NON-TAXABLE COMPANY ITEMS** | **Current** | **YTD** |
|---|---|---|
| 401k Co. Non-elec Contrib Admin | $35.66 | $303.12 |

| **Total** | | | **$1,188.80** | **$10,104.80** |
|---|---|---|---|---|

| **PRE-TAX DEDUCTIONS** | **Current** | **YTD** |
|---|---|---|
| 401k Employee | ($118.88) | ($1,010.48) |
| HSA Employee (Pretax) | ($50.00) | ($400.00) |

| **Total** | **($168.88)** | **($1,410.48)** |
|---|---|---|

| **TAXES** | **Current** | **YTD** |
|---|---|---|
| PA  Withholding | ($34.96) | ($297.93) |
| Medicare Employee | ($16.51) | ($140.72) |
| Federal Withholding | ($119.00) | ($1,033.00) |
| Medicare Employee Addl Tax | $0.00 | $0.00 |
| City of Franklin | ($19.93) | ($169.84) |
| Social Security Employee | ($70.61) | ($601.70) |
| LST  Franklin | ($2.25) | ($18.00) |
| PA  Unemployment Employee | ($0.83) | ($7.07) |

| | **Net Pay** | **Current** | **YTD** |
|---|---|---|---|
| **Total** | | $755.83 | $6,426.06 |

| | **Current** | **YTD** |
|---|---|---|
| **Total** | **($264.09)** | **($2,268.26)** |

Powered by **Intuit Payroll**

| PAY PERIOD | 04/6/2015 - 04/19/2015 | | Pay Date: | 05/15/2015 |
|---|---|---|---|---|
| | | | Total Hours: | 80.00 |

**EMPLOYER**
Letterle & Associates, Inc.
2859 Oxford Blvd, Suite 110
Allison Park, PA 15101

**EMPLOYEE**
Jennifer L Moore
Jennifer L Moore
213 Pacific Street
Franklin, PA 16323

**NET PAY:**
CHECKING# ....0429

$755.83
$755.83

| BENEFITS | Used | Available |
|---|---|---|
| Sick | 11.00 | 37.00 |
| Vacation | 24.00 | 104.00 |

**MEMO:**

Direct Deposit

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Admin wages | 63.50 | $14.86 | $943.61 | $8,551.93 |
| Hourly | 16.50 | $14.86 | $245.19 | $1,151.65 |
| Vacation Pay | | | $0.00 | $832.16 |
| Sick Pay | | | $0.00 | $282.34 |
| Holiday Pay | | | $0.00 | $475.52 |

| NON-TAXABLE COMPANY ITEMS | Current | YTD |
|---|---|---|
| 401k Co. Non-elec Contrib Admin | $35.66 | $338.78 |

| Total | | | $1,188.80 | $11,293.60 |
|---|---|---|---|---|

| PRE-TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| 401k Employee | ($118.88) | ($1,129.36) |
| HSA Employee (Pretax) | ($50.00) | ($450.00) |

| Total | ($168.88) | ($1,579.36) |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| PA  Withholding | ($34.96) | ($332.89) |
| Federal Withholding | ($119.00) | ($1,152.00) |
| Social Security Employee | ($70.60) | ($672.30) |
| Medicare Employee | ($16.51) | ($157.23) |
| Medicare Employee Addl Tax | $0.00 | $0.00 |
| City of Franklin | ($19.93) | ($189.77) |
| LST  Franklin | ($2.25) | ($20.25) |
| PA  Unemployment Employee | ($0.84) | ($7.91) |

| Net Pay | Current | YTD |
|---|---|---|
| | $755.83 | $7,181.89 |

| Total | ($264.09) | ($2,532.35) |
|---|---|---|

Powered by Intuit Payroll

| PAY PERIOD | 04/20/2015 - 05/3/2015 | | Pay Date: | 05/29/2015 |
|---|---|---|---|---|
| | | | Total Hours: | 80.00 |

**EMPLOYER**
Letterle & Associates, Inc.
2859 Oxford Blvd, Suite 110
Allison Park, PA 15101

**EMPLOYEE**
Jennifer L Moore
Jennifer L Moore
213 Pacific Street
Franklin, PA 16323

**NET PAY:**  $756.68
CHECKING# ....0429  $756.68

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 24.00 | 104.00 |
| Sick | 11.00 | 37.00 |

**MEMO:**
Direct Deposit

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Admin wages | 8.00 | $15.16 | $121.28 | $9,297.33 |
| Sick Pay | | | $0.00 | $282.34 |
| Hourly | 30.00 | $14.86 | $445.80 | $1,597.45 |
| Holiday Pay | | | $0.00 | $475.52 |
| Vacation Pay | | | $0.00 | $832.16 |
| Admin wages | 42.00 | $14.86 | $624.12 | $0.00 |

| NON-TAXABLE COMPANY ITEMS | Current | YTD |
|---|---|---|
| 401k Co. Non-elec Contrib Admin | $35.74 | $374.52 |

| Total | | | $1,191.20 | $12,484.80 |
|---|---|---|---|---|

| PRE-TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| HSA Employee (Pretax) | ($50.00) | ($500.00) |
| 401k Employee | ($119.12) | ($1,248.48) |

| Total | ($169.12) | ($1,748.48) |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee Addl Tax | $0.00 | $0.00 |
| Medicare Employee | ($16.55) | ($173.78) |
| Social Security Employee | ($70.76) | ($743.06) |
| City of Franklin | ($19.97) | ($209.74) |
| PA  Withholding | ($35.04) | ($367.93) |
| PA  Unemployment Employee | ($0.83) | ($8.74) |
| LST  Franklin | ($2.25) | ($22.50) |
| Federal Withholding | ($120.00) | ($1,272.00) |

| Net Pay | Current | YTD |
|---|---|---|
| | $756.68 | $7,938.57 |

| Total | ($265.40) | ($2,797.75) |
|---|---|---|

Powered by Intuit Payroll

| PAY PERIOD | 05/4/2015 - 05/24/2015 | | Pay Date: | 06/15/2015 |
|---|---|---|---|---|
| | | | Total Hours: | 120.00 |

**EMPLOYER**
Letterle & Associates, Inc.
2859 Oxford Blvd, Suite 110
Allison Park, PA 15101

**EMPLOYEE**
Jennifer L Moore
Jennifer L Moore
213 Pacific Street
Franklin, PA 16323

**NET PAY:**                                    $1,158.15
CHECKING# ....7704                              $1,158.15

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 48.00 | 80.00 |
| Sick | 11.00 | 37.00 |

**MEMO:**
Direct Deposit

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Hourly | 15.50 | $15.16 | $234.98 | $1,832.43 |
| Vacation Pay | 24.00 | $15.16 | $363.84 | $1,196.00 |
| Sick Pay | | | $0.00 | $282.34 |
| Holiday Pay | | | $0.00 | $475.52 |
| Admin wages | 80.50 | $15.16 | $1,220.38 | $10,517.71 |

| NON-TAXABLE COMPANY ITEMS | Current | YTD |
|---|---|---|
| 401k Co. Non-elec Contrib Admin | $54.58 | $429.10 |

| Total | | | $1,819.20 | $14,304.00 |
|---|---|---|---|---|

| PRE-TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| 401k Employee | ($181.92) | ($1,430.40) |
| HSA Employee (Pretax) | ($50.00) | ($550.00) |

| Total | ($231.92) | ($1,980.40) |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| City of Franklin | ($30.96) | ($240.70) |
| Federal Withholding | ($205.04) | ($1,477.00) |
| PA  Withholding | ($54.31) | ($422.24) |
| Social Security Employee | ($109.69) | ($852.75) |
| Medicare Employee Addl Tax | $0.00 | $0.00 |
| LST  Franklin | ($2.25) | ($24.75) |
| PA  Unemployment Employee | ($1.27) | ($10.01) |
| Medicare Employee | ($25.65) | ($199.43) |

| | Net Pay | Current | YTD |
|---|---|---|---|
| **Total** | | | |

| Net Pay | Current | YTD |
|---|---|---|
| | $1,158.15 | $9,096.72 |

| Total | ($429.13) | ($3,226.88) |
|---|---|---|

Powered by Intuit Payroll